**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No.  2:25-cr-20404-MSN** |
| | ) | |
| **JERICHO OLIVER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

The United States Attorney's Office applies to the Court for a Writ to have Jericho Oliver, FBI# 722665KD8, now being detained in the Shelby County Jail, appear before Honorable Mark S. Norris, May 6, 2026, at 9:15 am for Report Date/Scheduling Conference and for such other appearances as this Court may direct.

Respectfully submitted this 29th day of April 2026.

*s/ Jermal S. Blanchard*
**Jermal S. Blanchard**
**Assistant U. S. Attorney**

Upon consideration of the foregoing Application, FEDERAL WRIT PROCESS FOR PRISONERS IN STATE CUSTODY WHO ARE ON FEDERAL BOND, MEMPHIS, TENNESSEE; SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Jericho Oliver, FBI# 722665KD8, appear before the Honorable Mark S. Norris at the date and time aforementioned.

ENTERED this 29th day of April 2026.

**s/Annie T. Christoff**
**Honorable Annie T. Christoff**
**United States Magistrate Judge**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."