\#

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **Case No.   2:25-cr-20404-MSN**


**JERICHO OLIVER,**

### ORDER REVOKING BOND

This cause came on to be heard on Wednesday, May 6, 2026, pursuant to a Petition to Revoke Bond filed by U.S. Probation Officer Adam Venters. Upon the defendant waiving his right to a hearing; the court hereby ORDERS that the defendant's bond be and hereby is revoked.   The defendant is remanded to the custody of the United States Marshal and will be held in custody pending the trial in this matter.


        IT IS SO ORDERED.

                              s/ Tu M. Pham
                              TU M. PHAM
                              UNITED STATES MAGISTRATE JUDGE

                              DATE:   May 6, 2026